John S. Delikanakis
Nevada Bar No. 5928
Joshua D. Cools
Nevada Bar No. 11941
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: jdelikanakis@swlaw.com
Email: jcools@swlaw.com

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Ilona Harding, an individual; Lester Thomas Harding, an individual, all on behalf of themselves and all similarly-situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>Diamond Resorts Holdings, LLC, a Nevada limited liability company; Diamond Resorts International, Inc., a Delaware corporation; Diamond Resorts U.S. Collection, L.L.C, a Delaware limited liability company; Diamond Resorts International Marketing, Inc., a California corporation; Diamond Resorts International Club, Inc., a Florida corporation; Diamond Resorts Management, Inc., an Arizona corporation; Diamond Resorts U.S. Collection Members Association, a Delaware corporation; Diamond Resorts Developer & Sales Holding Company, a Delaware company; Diamond Resorts Financial Services, Inc., a California corporation; and Does 1 through 100, Inclusive,<br><br>Defendants. | Case No. 2:17-cv-00248-JAD-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING TO CLASS ACTION COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Ilona Harding, an individual; Lester Thomas Harding, an individual, all on behalf of themselves and all similarly-situated individuals ("Plaintiffs"), and Defendants Diamond Resorts Holdings, LLC, a Nevada limited liability company; Diamond Resorts International, Inc., a Delaware corporation;

Diamond Resorts U.S. Collection, L.L.C, a Delaware limited liability company; Diamond Resorts International Marketing, Inc., a California corporation; Diamond Resorts International Club, Inc., a Florida corporation; Diamond Resorts Management, Inc., an Arizona corporation; Diamond Resorts U.S. Collection Members Association, a Delaware corporation; Diamond Resorts Developer & Sales Holding Company, a Delaware company; Diamond Resorts Financial Services, Inc., a California corporation ("Defendants"), through their respective counsel of record, as follows:

The time for Defendants to respond to Plaintiffs' Complaint is extended by thirty (30) days, up to and including April 3, 2017.[1]

DATED this 24th day of February, 2017.

SNELL & WILMER L.L.P.

By: /s/ John S. Delikanakis
John S. Delikanakis, NV Bar No. 5928
Joshua D. Cools, NV Bar No. 11941
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, NV 89169

Attorneys for Defendants

DATED this 24th day of February, 2017.

The Tarics Law Firm, P.C.

By: /s/ Robert C. Tarics
Robert C. Tarics (*pro hac vice*)
9810 E. Thompson Peak Parkway
Unit 811
Scottsdale, AZ 85255

G. Mark Albright, NV Bar No. 1394
Chris Albright, NV Bar No. 4904
Albright Stoddard Warnick & Albright
801 S. Rancho Drive, Suite D-4
Las Vegas, NV 89106

Kathryn Honecker (*pro hac vice*)
Audra E. Petrolle (*pro hac vice*)
Rose Law Group, PC
7144 East Stetson Dr., Ste. 300
Scottsdale, AZ 85251

Attorneys for Plaintiffs

---

[1] This stipulation is made in this Court by Defendants without waiving any arguments by any of them that jurisdiction is not proper in this venue.

*Ilona Harding, et al. v. Diamond Resorts Holdings, LLC, et al.*
Case No. Case No. 2:17-cv-00248-JAD-VCF

## ORDER

IT IS SO ORDERED.

DATED this 27th day of February, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

Prepared and Submitted by:
SNELL & WILMER L.L.P.

/s/ John S. Delikanakis
John S. Delikanakis
Nevada Bar No. 5928
Joshua D. Cools
Nevada Bar No. 11941
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

Attorneys for Defendants

25846171