# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ILONA HARDING, *et al.*, <br><br>   Plaintiffs, <br><br> vs. <br><br> DIAMOND RESORTS HOLDING, *et al.*, <br><br>   Defendants. | 2:17-cv-00248-RFB-VCF <br> **ORDER** |

Before the Court is Defendants' Motion to Stay Pending Ruling on Motion to Compel Arbitration (ECF No. 19).

IT IS HEREBY ORDERED that a hearing on Defendants' Motion to Stay Pending Ruling on Motion to Compel Arbitration (ECF No. 19) is scheduled for 3:00 PM, May 10, 2017, in Courtroom 3A.

DATED this 1st day of May, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE