John S. Delikanakis
Nevada Bar No. 5928
Joshua D. Cools
Nevada Bar No. 11941
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: jdelikanakis@swlaw.com
Email: jcools@swlaw.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Ilona Harding, an individual; Lester Thomas Harding, an individual, all on behalf of themselves and all similarly-situated individuals,<br><br>                Plaintiffs,<br><br>vs.<br><br>Diamond Resorts Holdings, LLC, a Nevada limited liability company; Diamond Resorts International, Inc., a Delaware corporation; Diamond Resorts U.S. Collection, L.L.C, a Delaware limited liability company; Diamond Resorts International Marketing, Inc., a California corporation; Diamond Resorts International Club, Inc., a Florida corporation; Diamond Resorts Management, Inc., an Arizona corporation; Diamond Resorts U.S. Collection Members Association, a Delaware corporation; Diamond Resorts Developer & Sales Holding Company, a Delaware company; Diamond Resorts Financial Services, Inc., a California corporation; and Does 1 through 100, Inclusive,<br><br>                Defendants. | Case No. 2:17-cv-00248-JAD-VCF<br><br><br>**STIPULATION AND ORDER TO STAY LITIGATION PENDING RESOLUTION OF DEFENDANTS' MOTION TO COMPEL ARBITRATION** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Ilona Harding and Lester Thomas Harding ("Plaintiffs") and Defendants Diamond Resorts Holdings, LLC, a Nevada limited liability company; Diamond Resorts International, Inc., a Delaware corporation; Diamond Resorts U.S. Collection, L.L.C, a Delaware limited liability company; Diamond Resorts

International Marketing, Inc., a California corporation; Diamond Resorts International Club, Inc., a Florida corporation; Diamond Resorts Management, Inc., an Arizona corporation; Diamond Resorts U.S. Collection Members Association, a Delaware corporation; Diamond Resorts Developer & Sales Holding Company, a Delaware company; Diamond Resorts Financial Services, Inc., a California corporation ("Defendants"), through their respective counsel of record, as follows:

WHEREAS, Defendants filed a Motion to Dismiss and to Compel Arbitration [Dkt. No. 18], and further, filed a Motion to Stay Litigation [Dkt. No. 19] until the underlying motion could be decided;

IT IS HEREBY STIPULATED that all discovery in this case is stayed pending a ruling from the trial court on Defendants' Motion to Compel Arbitration [Dkt. No. 18].

IT IS FURTHER STIPULATED THAT the stay of discovery will remain in effect until thirty (30) days after the court issues an order granting or denying Defendants' Motion to Compel Arbitration or upon stipulation of the parties to lift the stay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This Stipulation is being made without prejudice to any party's rights to seek relief once the Court has made its ruling on the Motion to Compel Arbitration.

DATED this __9th__ day of May, 2017.     DATED this __9th__ day of May, 2017.

SNELL & WILMER L.L.P.                     Albright Stoddard Warnick & Albright

By: /s/ John S. Delikanakis                By: /s/ G. Mark Albright
    John S. Delikanakis                    G. Mark Albright
    Nevada Bar No. 5928                    Nevada Bar No. 1394
    Joshua D. Cools                        Chris Albright
    Nevada Bar No. 11941                   Nevada Bar No. 4904
    3883 Howard Hughes Pkwy., Ste. 1100       Albright Stoddard Warnick & Albright
    Las Vegas, NV 89169                    801 S. Rancho Drive, Suite D-4
                                           Las Vegas, NV 89106
    Attorneys for Defendants

    Robert C. Tarics (*pro hac vice*)
    The Tarics Law Firm, P.C.
    9810 E. Thompson Peak Parkway
    Unit 811
    Scottsdale, AZ 85255

    Kathryn Honecker (*pro hac vice*)
    Audra E. Petrolle (*pro hac vice*)
    Rose Law Group, PC
    7144 East Stetson Dr., Ste. 300
    Scottsdale, AZ 85251

    Amber L. Eck
    Nevada Bar No. 5937
    Zeldes Haeggquist & Eck, LLP
    225 Broadway, Suite 2050
    San Diego, CA 92101

    Attorneys for Plaintiffs

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

*Ilona Harding, et al. v. Diamond Resorts Holdings, LLC, et al.*
Case No. Case No. 2:17-cv-00248-JAD-VCF

## **ORDER**

IT IS SO ORDERED. And it is further ordered that Defendants' Motion to Stay Litigation [Dkt. No. 19] is moot, in light of today's order. DENIED as

DATED this ___9th___ day of May, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

IT IS FURTHER ORDERED that the hearing scheduled for May 10, 2017 is VACATED.
IT IS FURTHER ORDERED that a status hearing is scheduled for 10:00 AM, November 13, 2017, in Courtroom 3D.

Prepared and Submitted by:
SNELL & WILMER L.L.P.

/s/ John S. Delikanakis
John S. Delikanakis
Nevada Bar No. 5928
Joshua D. Cools
Nevada Bar No. 11941
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

Attorneys for Defendants

4832-2395-8600.1

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200