# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| IILONA and LESTER THOMAS HARDING, husband and wife; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DIAMOND RESORTS HOLDINGS, LLC, *et al.*,<br><br>Defendants. | 2:17-cv-00248-RFB-VCF<br><br>**ORDER** |

In light of Judge Boulware's hearing scheduled for November 17, 2017, the status hearing scheduled for November 13, 2017 is VACATED and RESCHEDULED to 1:00 PM, November 27, 2017, in Courtroom 3D.

IT IS SO ORDERED.

DATED this 9th day of November, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE