John S. Delikanakis
Nevada Bar No. 5928
Joshua D. Cools
Nevada Bar No. 11941
Becca J. Wahlquist
*admitted pro hac vice*
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: jdelikanakis@swlaw.com
Email: jcools@swlaw.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Ilona Harding, an individual; Lester Thomas Harding, an individual, all on behalf of themselves and all similarly-situated individuals, <br><br> Plaintiffs, <br><br> vs. <br><br> Diamond Resorts Holdings, LLC, a Nevada limited liability company; Diamond Resorts International, Inc., a Delaware corporation; Diamond Resorts U.S. Collection, L.L.C, a Delaware limited liability company; Diamond Resorts International Marketing, Inc., a California corporation; Diamond Resorts International Club, Inc., a Florida corporation; Diamond Resorts Management, Inc., an Arizona corporation; Diamond Resorts U.S. Collection Members Association, a Delaware corporation; Diamond Resorts Developer & Sales Holding Company, a Delaware company; Diamond Resorts Financial Services, Inc., a California corporation; and Does 1 through 100, Inclusive, <br><br> Defendants. | Case No. 2:17-cv-00248-RFB-VCF <br><br> **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS STIPULATED AND AGREED by and between Plaintiffs Ilona Harding and Lester Thomas Harding ("Plaintiffs") and Defendants Diamond Resorts Holdings, LLC, a Nevada limited liability company; Diamond Resorts International, Inc., a Delaware corporation; Diamond

4846-9255-1782.2

Resorts U.S. Collection, L.L.C, a Delaware limited liability company; Diamond Resorts International Marketing, Inc., a California corporation; Diamond Resorts International Club, Inc., a Florida corporation; Diamond Resorts Management, Inc., an Arizona corporation; Diamond Resorts U.S. Collection Members Association, a Delaware corporation; Diamond Resorts Developer & Sales Holding Company, a Delaware company; Diamond Resorts Financial Services, Inc., a California corporation ("Defendants"), through their respective counsel of record, as follows:

Pursuant to FRCP 41(1)(a)(ii), the Parties agree that all claims in this action will be dismissed with prejudice. The Parties also agree to waive and release any and all other claims against each other, known or unknown, which the Parties may now have or may later claim to have, from the beginning of time through the execution of this stipulation as related to the transactions detailed in the pleadings on file in this case. The Parties will each bear their own attorneys' fees and costs regarding this action.

DATED this 28th day of August 2018.

SNELL & WILMER L.L.P.

By: _____
John S. Delikanakis, NV Bar No. 5928
Joshua D. Cools, NV Bar No. 11941
Becca J. Wahlquist, (*pro hac vice*)
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, NV 89169

*Attorneys for Defendants*

DATED this 14th day of August 2018.

ROSE LAW GROUP, p.c.

By: _____
Kathryn Honecker (*pro hac vice*)
Rose Law Group, PC
7144 East Stetson Dr., Ste. 300
Scottsdale, AZ 85251

Amber L. Eck
Nevada Bar No. 5937
Zeldes Haeggquist & Eck, LLP
225 Broadway, Suite 2050
San Diego, CA 92101

The Tarics Law Firm, P.C.
Robert C. Tarics (*pro hac vice*)
9810 E. Thompson Peak Pkwy, Unit 811
Scottsdale, AZ 85255

G. Mark Albright, NV Bar No. 1394
Chris Albright, NV Bar No. 4904
801 S. Rancho Drive, Suite D-4
Las Vegas, NV 89106

- 2 -

4846-9255-1782.2

*Attorneys for Plaintiffs*
*Ilona Harding, et al. v. Diamond Resorts Holdings, LLC, et al.*
Case No. Case No. 2:17-cv-00248-JAD-VCF

### ORDER

Based upon the stipulation of the Parties above, and for good cause appearing:

**IT IS HEREBY ORDERED** that all claims, counterclaims, and cross-claims in this action are dismissed with prejudice.

**IT IS FURTHER ORDERED** that the Parties waive and release any and all other claims against each other, known or unknown, which the Parties may now have or may later claim to have, from the beginning of time through the execution of this stipulation as related to the transactions detailed in the pleadings on file in this case.

**IT IS FURTHER ORDERED** that the Parties will each bear their own attorneys' fees and costs regarding this action.

DATED this __30th__ day of August 2018.

_____
RICHARD F. BOULWARE, II
United States District Court

Respectfully submitted by:

SNELL & WILMER L.L.P.

By: _____
John S. Delikanakis, NV Bar No. 5928
Joshua D. Cools, NV Bar No. 11941
Becca J. Wahlquist, (*pro hac vice*)
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, NV 89169

*Attorneys for Defendants*

4846-9255-1782.2