**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Ilona Harding and Lester Thomas Harding<br><br>                    Plaintiffs-Appellants,<br>vs.<br><br>Diamond Resorts Holdings, LLC, et al.,<br><br>                    Defendants-Appellees. | District No.    2:17-cv-00248-RFB-VCF<br><br>U.S.C.A. No.    18-15034 |

ORDER ON MANDATE

        The above-entitled cause having been before the United States Court of Appeals for the  Ninth Circuit,

and the Court of Appeals having on  8/30/2018   , issued its mandate that the appeal(s) is/are DISMISSED.

The Court being fully advised in the premises,  NOW, THEREFORE, IT IS ORDERED that the mandate be spread

upon the records of this Court.

Dated this __30th__ day of___August, 2018._____,

_____

Richard F. Boulware, II

United States District Judge